# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RENE RODRIGUEZ<br>PLANTIFF<br>V.<br>CMDR. RICHARD BARRIOS JR.,<br>CAPT FRANKE, SGT. MATTHEWS,<br>DEPUTY GILDROY<br>DEFENDANTS | CASE NO.<br>CV-16-09510-AB-(KES)<br><br>DECLARATION of<br>PLANTIFF<br>ANDRES RENE RODRIGUEZ |

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO THE HONORABLE COURT,

THE FOLLOWING IS A DECLARATION OF THE PLANTIFF ANDRES RENE RODRIGUEZ

SEPTEMBER 5, 2017      RESPECTFULLY SUBMITTED,

*[signature]*
ANDRES RENE RODRIGUEZ

1. ANDRES RENE RODRIGUEZ HEREBY DECLARES,
2. I AM THE PLANTIFF IN THE ABOVE MENTIONED
3. CASE. I HAVE BEEN INCARCERATED IN THE VENTURA
4. COUNTY JAIL SINCE MY ARRESTING DATE OF SEPTEMBER
5. 11, 2013. UPON COMPLETION OF MY BOOKING PROCESS
6. I WAS IMMEDIATELY CLASSIFIED AND PLACED
7. IN AD-SEG. TO DATE I AM STILL IN AD-SEG
8. AND IN A FEW DAYS WILL REACH MY FOUR YEAR
9. MARK.
10. MY TIME SPENT IN AD-SEG HAS BEEN
11. EXTREMELY HARSH ON ME, MENTALLY AND PHYSICALLY.
12. THERE ARE SOME DAYS I JUST DONT WANT TO
13. GET OUT OF BED. MOST NIGHTS I ONLY GET ABOUT
14. TWO TO THREE HOURS OF SLEEP. MY ISOLATION
15. IS SO EXTREME THAT MOST RECENTLY I FOUND
16. MYSELF CONVERSATING WITH NOBODY IN PARTICULAR.
17. EVERY SINGLE DAY I FEEL AS IF MY FOUR
18. SURROUNDING WALLS ARE CLOSING IN ON ME. TO
19. CALM MYSELF DOWN I ALWAYS ATTEMPT TO READ
20. BOOKS BUT I CANNOT CONCENTRATE BECAUSE
21. MY ANXIETY ALWAYS TAKES OVER. I LITERALLY
22. RIGHT NOW DO NOT HAVE ANYBODY TO TALK
23. TO AND MY CONDITIONS OF BEING EX COMUNICADO
24. HAVE BEEN THIS WAY SINCE MID JULY, 2017.
25. IN FEBRUARY OF 2017 I WAS TOLD BY THE
26. AD-SEG DEPUTIES TO PACK MY PROPERTY BECAUSE
27. I WAS BEING MOVED TO A DIFFERENT CELL. UPON
28. BEING HANDCUFFED AND ESCORTED OUT OF SECTION "E"

1. CELL 2, I WALKED DOWN THE END OF THE HALL
2. WITHIN SEGREGATED HOUSING AND WAS REHOUSED IN SECTION
3. "A". SECTION "A" AND "B" HAVE ALWAYS BEEN USED TO
4. HOUSE METALLY ILL INMATES THAT ARE VIOLENT AND
5. CAUSE DISTURBANCES. AT THIS POINT AND TIME THERE
6. WHERE MENTALLY ILL INMATES HOUSED IN EITHER SIDE
7. OF THE CELL I WAS IN. THE CONSTANT DISTURBANCES
8. AND THE LACK OF SLEEP WAS DRIVING ME CRAZY.
9. I EVEN WENT AS FAR AS BEGINING A HUNGER STRIKE
10. —WHICH DIDN'T EVEN LAST A DAY— IN ORDER TO GET
11. THE JAIL CLASSIFICATION UNIT OR JAIL ADMINISTRATIONS
12. ATTENTION, TO NO AVAIL. THESE CONDITIONS I ENDURED
13. FROM FEBRUARY, 2017 TILL JUNE 2017.
14.     IN THE MONTH OF MAY 2017 I WAS FINALLY ABLE
15. TO BRIEFLY SPEAK WITH A MEMBER OF THE CLASSIFICATION
16. UNIT WHOM ALLOWED ME TO EXPLAIN THE CONDITIONS
17. OF MY CONFINEMENT. I WAS THEN TOLD THAT I
18. NEEDED TO BE PATIENT AND THAT I WOULD BE MOVED
19. SOON. IN JUNE 2017 I WAS ONCE AGAIN MOVED
20. WITHIN SEGREGATION AND REHOUSED IN SECTION "C".
21. HERE MY CONDITIONS WHERE ALLEVIATED ONLY MOMENTA-
22. RILY. EVEN THOUGH I STILL HAD NO HUMAN PHYSICAL
23. CONTACT ATLEAST I WAS ABLE TO SPEAK TO
24. SOMEONE THROUGH THE SIDE OF MY CELL DOOR.
25. IT IS IN THIS SECTION THAT I WAS ABLE TO
26. RECIEVE THE DECLARATIONS OF INMATES "GERARDO
27. REYES" AND "GUADALUPE LOPEZ" WHICH I HAVE
28. RESPECTFULLY SUBMITTED TO THE COURT.

1. IN THE MONTH OF JULY 2017 I WAS ONCE
2. AGAIN TOLD TO PACK MY PROPERTY BECAUSE I WAS MOVING.
3. I WAS THEN ESCORTED OUT OF MY CELL AND MOVED ONE
4. SECTION OVER TO SECTION "D". UPON SETTLING
5. INTO SECTION "D" I REALIZED THAT THERE WHERE
6. NO INMATES IN THE NEIGHBORING CELLS AND I WAS
7. ALL ALONE.
8.     SINCE JULY 2017 UNTIL PRESENT DAY I HAVE
9. EXPERIENCED THE HARSHEST ISOLATION CONDITIONS
10. I HAVE EVER HAD TO EXPERIENCE IN MY FOUR
11. YEARS OF BEING IN AD-SEG. I AM COMPLETELY
12. SHUT OUT OF EVERYTHING AND HAVE NOT HAD ONE
13. SINGLE MEANINGFUL CONVERSATION WITH ANOTHER
14. HUMAN BEING. THE CONDITIONS OF MY CONFINEMENT
15. ARE TOTAL ISOLATION, TOTAL LONELINESS. AS A
16. RESULT I FEEL AS IF I'M GOING MAD. I DO NOT
17. KNOW WHAT TO DO ANYMORE.
18.     ONE CHOICE I KNOW THAT I HAVE THAT WILL
19. END THESE CONDITIONS IS TO HURRY UP AND END
20. MY CRIMINAL PROCEEDINGS BY PLEADING GUILTY.
21. THIS WAY I CAN GET SENTENCED AND LEAVE THE
22. JAIL AND GO TO PRISON. I STRONGLY BELIEVE THAT
23. THE REASON I AM BEING HELD IN COMPLETE ISOLATION
24. IS TO PRESSURE ME INTO DOING THIS. I AM
25. LITERALLY AT THE POINT THAT I AM CONSIDERING
26. DOING THIS, NOT CARING WHAT THE OUTCOME
27. MAY BE, AS LONG AS I AM MOVED OUT OF
28. AD-SEG AND OUT OF THIS JAIL.

1. I DECLARE UNDER THE PENALTY OF
2. PERJURY THAT THE FOREGOING IS TRUE AND
3. CORRECT. EXECUTED AT VENTURA, CA ON
4. SEPTEMBE 5, 2017.

   RESPECTFULLY,

   *[signature]*

   ANDRES RENE RODRIGUEZ

TO: UNITED STATES DISTRICT COURT,                    9/9/17

RE: ANDRES RENE RODRIGUEZ v. VENTURA COUNTY JAIL, ET AL.
CASE # 2:16-CV-09510-AB-KES

    THE FOLLOWING CONTENTS IN THE PACKAGE ARE AS FOLLOWS:

1. DECLARATION BY PLAINTIFF ANDRES R. RODRIGUEZ.

2. LEAVE TO AMEND WHICH IS THE REWRITTEN PORTIONS OF THE INDECIPHERABLE PARTS OF THE COMPLAINT. VENTURA COUNTY JAIL HAS BEEN REMOVED AS A DEFENDANT FROM THE CASE. LASTLY DAMAGES ARE BEING SOUGHT AGAINST THE DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES.

3. A HANDWRITTEN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS.

                             RESPECTFULLY,

                             *[signature]*
                             ANDRES RODRIGUEZ