UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDRES RENE RODRIGUEZ
    PLAINTIFF

V.

CMDR. RICHARD BARRIOS JR,
CAPTAIN FRANKE, SGT. MATTHEWS
DEPUTY GILDROY

CASE NO.
CV-16-09510-AB-(KES)

PLAINTIFF'S
LEAVE TO AMEND

TO THE HONORABLE COURT AND DEFENDANTS:
CMDR. RICHARD BARRIOS JR., CAPTAIN FRANKE
SERGENT MATTHEWS, DEPUTY GILDROY

THE FOLLOWING IS A LEAVE TO AMEND
ALLOWED BY THE COURTS FOR THE PLAINTIFF.
IT CONTAINS A REWRITTEN PORTION OF
THE BEGINING OF THE ORIGINAL COMPLAINT
WHICH WAS SERVED TO THE DEFENDANTS AND
WAS INDECIPHERABLE. PLAINTIFF ALSO TOOK
THE LIBERTY TO REMOVE "VENTURA COUNTY JAIL"
AS A DEFENDANT, ASWELL AS REMOVED THE OFFICIAL
CAPACITY FROM THE DEFENDANTS FOR PURPOSES OF ONLY
SEEKING MONEY DAMAGES IN THEIR INDIVIDUAL CAPACITIES.

SEPTEMBER 5, 2017

RESPECTFULLY
ANDRES RODRIGUEZ

ANDRES RENE RODRIGUEZ
FULL NAME

_____
COMMITTED NAME (if different)

VENTURA COUNTY JAIL, P.O. BOX 6929
FULL ADDRESS INCLUDING NAME OF INSTITUTION

VENTURA, CA 93006

# 1309926
PRISON NUMBER (if applicable)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANDRES RENE RODRIGUEZ

PLAINTIFF,

v.

CMDR. RICHARD BARRIOS JR - 1381,
CAPT. FRANKE - 3117, SGT. MATTHEWS - 3127,
DEP. GILDROY - 5035
DEFENDANT(S).

CASE NUMBER  CV 16-9510-AB (KES)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __ANDRES RENE RODRIGUEZ__
(print plaintiff's name)
who presently resides at __VENTURA COUNTY JAIL, 800 S. VICTORIA AVE, VENTURA, CA 93003__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __VENTURA COUNTY JAIL, VENTURA CALIFORNIA__
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT
CV-66 (7/97)                                                                                         Page 2 of 6

on (date or dates) __9-11-13 TO PRESENT__, __9-11-13 TO PRESENT__, _____.
   (Claim I)               (Claim II)                  (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __COMMANDER - RICHARD BARRIOS JR - 1381__ resides or works at
   (full name of first defendant)
   __VENTURA COUNTY JAIL, 800 S. VICTORIA AVE, VENTURA, CA 93009__
   (full address of first defendant)
   __COMMANDER OF FACILITY__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   CMDR. BARRIOS HAS HAD A TOTAL DISREGARD OF THE INJURIES TO MY RIGHTS AND HAS FAILED TO GIVE ME ANY RELIEF. HAS ALLOWED "CLASSIFICATION UNIT" TO KEEP ME IN SOLITARY CONFINEMENT.

2. Defendant __CAPTAIN FRANKE - 3117__ resides or works at
   (full name of first defendant)
   __VENTURA COUNTY JAIL, 800 S. VICTORIA AVE, VENTURA, CA 93009__
   (full address of first defendant)
   __CAPTAIN OF FACILITY__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   CAPT. FRANKE HAS HAD A TOTAL DISREGARD OF MY INJURIES TO MY RIGHTS AND HAS FAILED TO GIVE ME ANY RELIEF. HAS AGREED WITH SGT. MATTHEWS TO KEEP ME IN SOLITARY CONFINEMENT.

3. Defendant __SEARGENT MATTHEWS - 3127__ resides or works at
   (full name of first defendant)
   __VENTURA COUNTY JAIL, 800 S. VICTORIA AVE, VENTURA, CA 93003__
   (full address of first defendant)
   __SEARGENT - CLASSIFICATION UNIT__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   SGT. MATTHEWS AS HEAD OF THE 'CLASSIFICATION UNIT' HAS ALLOWED THE CLASSIFICATION UNIT TO CONTINUESLY HOLD A CLASSIFICATION REVIEW OF MYSELF EVERY 30 DAYS WITHOUT MY BEING PRESENT WHICH HAS RESULTED IN MY BEING KEPT IN SOLITARY CONFINEMENT. HE REFUSES TO ACKNOWLEDGE MY RIGHTS BEING VIOLATED AND REFUSES TO GIVE ME ANY RELIEF.

4. Defendant __DEPUTY GILDROY - 5035__ resides or works at
(full name of first defendant)
__VENTURA COUNTY JAIL, 800 S. VICTORIA AVE, VENTURA, CA 93003__
(full address of first defendant)
__DEPUTY - CLASSIFICATION UNIT__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
__DEP GILDROY HAS REFUSED TO GIVE ME ANY RELIEF AND HAS CONTINUED THE PRACTICE OF VIOLATING MY RIGHTS BY KEEPING ME HOUSED IN SOLITARY CONFINEMENT.__

5. Defendant _____ resides or works at
(full name of first defendant)
_____
(full address of first defendant)
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

1) EIGHTH AMENDMENT - THE PROHIBITION OF CRUEL AND UNUSUAL PUNISHMENT

SINCE MY INCARCERATION SEPTEMBER 11, 2013 I HAVE BEEN HOUSED IN SEGREGATION / SOLITARY CONFINEMENT AND CLASSIFIED AS AD-SEG. FOR NON DISCIPLINARY PURPOSES. FOR OVER 3 YEARS I HAVE BEEN FORCED TO ENDURE THE CONDITIONS OF SOLITARY CONFINEMENT INCLUDING DEPRIVATIONS OF MY BASIC HUMAN ESSENTIALS WHICH HAVE CAUSED ME PHYSICAL, MENTAL AND EMOTIONAL DISTRESS. THUS A VIOLATION OF MY EIGHTH AMENDMENT RIGHT THE PROHIBITION OF CRUEL AND UNUSUAL PUNISHMENT.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SINCE MY INCARCERATION I HAVE SUFFERED CRUEL AND UNUSUAL PUNISHMENT MULTIPLE TIMES OVER SINCE SEPTEMBER 11, 2013 DO TO MY BEING HOUSED IN SOLITARY CONFINEMENT, WHAT THE VENTURA COUNTY JAIL CALLS AD-SEG. I HAVE FILED MULTIPLE GRIEVANCES AND EXHAUSTED THEM ALL THE WAY UP TO THE ADMINISTRATIVE LEVEL CHALLENGING MY PLACEMENT INTO SOLITARY CONFINEMENT. TO NO AVAIL. THE PRIMARY REASONS THE JAIL "CLASSIFICATION UNIT" USES TO DENY MY GRIEVANCES ARE: SAFETY AND SECURITY OF THE FACILITY, CURRENT AND PREVIOUS CHARGES, IN-CUSTODY BEHAVIOR, CRIMINAL SOPHISTICATION, GANG STATUS, ETC... I HAVE RESPONDED EVERY STEP OF THE WAY CHALLENGING THESE REASONS TO NO AVAIL.

WHEN WRITING MY GRIEVANCES REGARDING MY CURRENT CLASSIFICATION AND HOUSING I STRESS THE FACT THAT I HAVE NOT HAD ANY SERIOUS MAJOR RULES VIOLATION WRITE UPS IN OVER A YEAR, NOR HAVE I HAD ANY

CLAIM 1 →* CONTINUED * →

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

- A PRELIMINARY AND PERMANENT INJUCTIVE RELIEF ORDERING DEFENDANTS DEPUTY GILROY, SGT. MATTHEWS, CAPT. FRANKE, AND CMDR. BARRIOS of THE VENTURA COUNTY JAIL TO ALLEVIATE CERTAIN CONDITIONS of CONFINEMENT IN SEGREGATED HOUSING, ADOPT NEW PROCEDURES FOR REVIEWING SEGREGATED HOUSING ASSIGNMENTS AND RECLASSIFYING ME AND EVERY INMATE WHO HAS BEEN ASSIGNED TO SEGREGATED HOUSING FOR MORE THAN 30 DAYS FOR NON DISCIPLINARY PURPOSES INTO THE GENERAL JAIL POPULATION. AS WELL AS THE FOLLOWING: 1) COME UP WITH A NEW CLASSIFICATION POLICY CONSISTING OF, NO INMATE SHALL BE ASSIGNED TO SEGREGATED HOUSING FOR A PERIOD LONGER THAN 30 DAYS FOR NON DISCIPLINARY PURPOSES; 2) THAT EVERY INMATE BE GIVEN AN INITIAL HEARING BEFORE OR UPON ARRIVING TO SEGREGATED HOUSING; 3) THAT ANY INMATE ASSIGNED TO SEGREGATED HOUSING BE GIVEN A NOTICE AND OPPORTUNITY TO ATTEND ANY AND ALL CLASSIFICATION REVIEWS PERTAINING TO THE INMATE; 4) THAT ANY INMATE ASSIGNED TO SEGREGATED HOUSING WITH GOOD BEHAVIOR FOR 30 DAYS OR MORE BE REHOUSED AND RECLASSIFIED INTO THE GENERAL JAIL POPULATION UPON REVIEW OR INMATE'S REQUEST FOR REVIEW; 5) THAT SEGREGATED HOUSING UNIT ONLY BE USED TO HOUSE INMATES FOR DISCIPLINARY REASONS; 6) THAT ALL COVERINGS OF THE WINDOWS IN SEGREGATED HOUSING BE REMOVED.
- COMPENSATORY DAMAGES IN THE AMOUNT OF $100.00 A DAY FOR EVERYDAY SPENT IN SOLITARY CONFINEMENT BEGINING IN SEPTEMBER 11, 2013 TO PRESENT DAY NOVEMBER 21, 2016 EQUALING TO 1,168 DAYS (AND COUNTING) FOR A TOTAL AMOUNT OF $116,800.00 (AND COUNTING). TO BE PAYED JOINTLY OR SEVERLLY BY SAID DEFENDANTS.
- PUNITIVE DAMAGES IN THE AMOUNT OF $500,000.00 FOR MENTAL AND EMOTIONAL DISTRESS SUFFERED WHILE IN SOLITARY CONFINEMENT. TO BE PAYED JOINTLY OR SEVERELY BY SAID DEFENDANTS.
- ANY FURTHER RELIEF THE COURTS DEEM JUST AND EQUITABLE.

7/24/17
(Date)

(Signature of Plaintiff)

D. CLAIMS*

CLAIM # 2

The following civil right has been violated:

FOURTEENTH AMENDMENT - GUARANTEE OF PROCEDURAL DUE PROCESS

SINCE MY INCARCERATION SEPTEMBER 11, 2013 I HAVE BEEN HOUSED IN SEGREGATION/SOLITARY CONFINEMENT AND CLASSIFIED AS AD-SEG WITHOUT A PROPER HEARING AND NO OPPORTUNITY AT ALL TO ATTEND A CLASSIFICATION REVIEW. THUS A VIOLATION OF MY FOURTEENTH AMENDMENT RIGHT - GUARANTEE OF PROCEDURAL DUE PROCESS.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

MY GUARANTEE OF PROCEDURAL DUE PROCESS RIGHT HAS BEEN VIOLATED EVERY SINGLE MONTH OF MY INCARCERATION BEGINING IN SEPTEMBER 11, 2013 TO PRESENT. IT IS A WIDELY KNOWN PRACTICE THAT THE JAIL "CLASSIFICATION UNIT" WHOM IS IN CHARGE OF EVALUATING AND CLASSIFYING EVERY INMATE, TO HOLD A CLASSIFICATION REVIEW OF EVERY INMATE IN SEGREGATION ON OR ABOUT EVERY 30 DAYS OR SO. IF NOT LONGER. THIS CLASSIFICATION REVIEW WHICH TAKES PLACE WITHIN THE JAIL IS ALWAYS DONE WITHOUT GIVING ME ANY NOTICE OR OPPORTUNITY TO BE PRESENT, STATE MY CASE, AND BE HEARD IN A MEANINGFUL TIME AND IN A MEANINGFUL MANNER. THEREFORE ANY AND ALL CLASSIFICATION REVIEWS OF MYSELF ARE ALWAYS HELD AND DECISIONS ARE MADE IN MY ABSENTIA. THESE CLASSIFICATION

CLAIM 2 → * CONTINUED * →

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

- A PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF ORDERING DEFENDANTS DEPUTY GILROY, SGT. MATTHEWS, CAPT. FRANKE, AND CMDR. BARRIOS OF THE VENTURA COUNTY JAIL TO ALLEVIATE CERTAIN CONDITIONS OF CONFINEMENT IN SEGREGATED HOUSING, ADOPT NEW PROCEDURES FOR REVIEWING SEGREGATED HOUSING ASSIGNMENTS, AND RECLASSIFYING ME AND EVERY INMATE IN SEGREGATED HOUSING FOR MORE THEN 30 DAYS FOR NON DISCIPLINARY PURPOSES INTO THE GENERAL JAIL POPULATION. AS WELL AS THE FOLLOWING: COME UP WITH A NEW CLASSIFICATION POLICY CONSISTING OF NO INMATE SHALL BE ASSIGNED TO SEGREGATED HOUSING FOR A PERIOD LONGER THEN 30 DAYS FOR NON DISCIPLINARY PURPOSES; THAT EVERY INMATE SHALL BE GIVEN AN INITIAL HEARING BEFORE OR UPON ARRIVING TO SEGREGATED HOUSING; THAT ANY INMATE ASSIGNED TO SEGREGATED HOUSING BE GIVEN A NOTICE AND THE OPPORTUNITY TO ATTEND ANY AND ALL CLASSIFICATION REVIEWS PERTAINING TO THE INMATE; THAT ANY INMATE ASSIGNED TO SEGREGATED HOUSING WITH GOOD BEHAVIOR FOR 30 DAYS OR MORE BE REHOUSED AND RECLASSIFIED INTO THE GENERAL JAIL POPULATION UPON REVIEW OR INMATE'S REQUEST FOR REVIEW; THAT SEGREGATED HOUSING ONLY BE USED TO HOUSE INMATES FOR DISCIPLINARY REASONS.
- "COMPENSATORY DAMAGES" IN THE AMOUNT OF $20,000.00 FOR EVERY MONTH DUE PROCESS WAS VIOLATED WHILE IN SOLITARY CONFINEMENT. BEGINING SEPTEMBER 2013 TO NOVEMBER 2016 EQUALING OUT TO 38 MONTHS (AND COUNTING). FOR A TOTAL AMOUNT OF $760,000.00 (AND COUNTING) TO BE PAYED JOINTLY OR SEVERELY BY SAID DEFENDANTS.
- "PUNITIVE DAMAGES" IN THE AMOUNT OF $500,000.00 FOR MENTAL AND EMOTIONAL DISTRESS SUFFERED WHILE IN SOLITARY CONFINEMENT DUE TO DUE PROCESS VIOLATIONS. TO BE PAYED JOINTLY OR SEVERELY BY SAID DEFENDANTS.
- ANY AND ALL FURTHER RELIEFS THE COURTS DEEM JUST AND EQUITABLE.

7/24/17
(Date)

_____
(Signature of Plaintiff)






Ventura County Jail

Inmate Name Andres Rodriguez

Booking No. 1309926

P.O. Box 6929
Ventura, CA 93006-6929

United States District Court
Central District of California
312 N. Spring St RM G8
Los Angeles, CA 90012
Attn: Pro Se Clerk

SEP 18 2017

Federal
Legal Mail

Mailed on September 9, 2017

FEDERAL LEGAL MAIL

MAILED ON SEPTEMBER 9, 2017