COREY CARTER (SBN 269611)
CARTER LAW
25152 Springfield Ct., Suite 100
Valencia, CA 91355
Tel: (323) 825 - 5529
Fax: (323) 450-2222
Email: corey@themainstreetattorney.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RENE RODRIGUEZ,<br><br>Plaintiff,<br>vs.<br>VENTURA COUNTY JAIL, ET AL.<br><br>Defendant | Case No.: 2:16-cv-09510-AB-KES<br><br>JOINT STATUS REPORT<br><br>Judge: Hon. ANDRE BIROTTE JR.<br><br>Date:        July 12, 2019<br>Time:       10:00 AM<br>Courtroom: 7B |

The parties submit the following joint status report as required by this court's June 12, 2019 Order Setting Scheduling Conference [Docket 96].

a. <u>Statement of the Case:</u>

Plaintiff is presently a convicted felon who is serving a prison term of life without the possibility of parole for gang-related crimes. In September 2013, Plaintiff was charged with attempted murder with multiple enhancements related to gang and firearm findings (Ventura County Superior Court Case No. 2013022661). In September 2015, Plaintiff was convicted on those charges following a jury trial and was sentenced to 51 years in state prison.  In May 2017,

JOINT STATUS REPORT
1

the California Court of Appeal affirmed Plaintiff's conviction for attempted murder on appeal. In July 2017, the California Supreme Court denied his petition for review. See People v. Rodriguez, No. S242415, 2017 Cal. LEXIS 5332 (July 12, 2017).

Plaintiff was separately charged on July 17, 2013 with murder, kidnapping, attempted first degree murder, first degree residential robbery, and dissuading a witness from testifying with special enhancements for gang, firearm, and prior felony activity (Ventura County Superior Court Case No. 2013028396). Plaintiff pled guilty to those charges in September 2017 and was sentenced to a term of life without possibility of parole in state prison in November 2017. Plaintiff was incarcerated at the Ventura County Jail during the pendency of these cases. Thus, while he was there, he was at times both a pretrial detainee and a post-conviction felon.

Plaintiff alleges that while he was held at the Ventura County Jail he was placed in Administrative Segregation ("Ad-Seg") for more than 3 years. Plaintiff contends that he was permitted little to no contact with anyone inside the jail while he was in Ad-Seg. Defendants contend that Plaintiff had a cellmate for a majority of the time he was in Ad-Seg and that Plaintiff was also able to communicate with other prisoners in Ad-Seg.

Plaintiff contends he is still impacted by the toll this lack of human contact took on him. He sues Defendants for purportedly allowing the classification unit to keep Plaintiff in Ad-Seg and for allowing the classification unit to hold classification reviews for Plaintiff without him being present which resulted in keeping Plaintiff in Ad-Seg. Defendants contend that Plaintiff received sufficient reviews and was afforded an adequate opportunity to state his position regarding said reviews.

Plaintiff brought this action and is seeking $100 day for the conditions of confinement (approximately $146,000) and $500,000 in punitive damages for claim 1 (Conditions of Confinement) , and $840,000 for violation of due process and $500,000 in punitive damages for violation of claim 2 (Due Process Violations).

b.  <u>Subject Matter Jurisdiction:</u>

This court has subject matter jurisdiction because the causes of action by Plaintiff are federal questions because they are based on the US Constitution, 8th, and 14th Amendments.

c.  <u>Legal Issues:</u>

Whether Plaintiff was afforded sufficient due process when being placed in, and continued to reside in, Ad-Seg.

Whether conditions were such that they violated Plaintiff's 8th Amendment rights.

Whether the Defendants had qualified immunity.

d.  <u>Parties, Evidence, Etc.*:</u>

Andres Rodriguez – Plaintiff

Commander Richard Barrios Jr.

Captain Mark Franke

Sergeant Shane Matthews

Deputy Nick Gildroy

Tracey Martinez

Guadalupe Lopez

Geraldo Reyes

Danial Pina

Federico Diaz

Alejandro Ornelas

Administrative segregation review log

Records related to administrative segregation review and cellmates of Plaintiff

All jail records pertinent to Plaintiff's incarceration at the Ventura County Jail

Plaintiff's criminal records

*Discovery is ongoing and the parties may supplement their response to this report.

e. <u>Damages:</u>

Plaintiff's damage are mental and emotional in nature. Plaintiff brought this action and is seeking $100 day for the conditions of confinement (approximately $146,000) and $500,000 in punitive damages for claim 1 (Conditions of Confinement), and $840,000 for violation of due process and $500,000 in punitive damages for violation of claim 2 (Due Process Violations).

f. <u>Insurance:</u>

Defendants' employer is self-insured.

g. <u>Motions:</u>

Defendants intend to file a motion for summary judgment.

h. <u>Dispositive Motions</u>

Defendants intend to file a motion for summary judgment.

      i. <u>Manual for Complex Litigation</u>

The parties do not believe this applies in this case.

      j. <u>Status of Discovery:</u>

There will likely be one or two sets of follow up written discovery after receiving documents withheld by Defendants pending the ruling on the protective order.  Counsel for Defendants changed on 6/27/2019 as a result of Anthony Zepeda obtaining a new job and disclosure should be imminent. Additionally, Plaintiff anticipates setting the deposition of at least one of the Defendants. Defendants are considering the need to depose Plaintiff.  The parties anticipate expert discovery in this case as well.

      k. <u>Discovery Plan:</u>

The parties are working together to create a discovery plan.

      l. <u>Discovery Cut-off:</u>

The parties have proposed November 22, 2019 as the discovery cut-off date.

      m. <u>Expert Discovery</u>

The parties have proposed January 10, 2020 as the expert discovery cut-off date.

      n. <u>Settlement Conference/Alternative Dispute Resolution ("ADR"):</u>

The parties attended a settlement conference with Judge Lamothe in April. Further settlement negotiations may be appropriate following Defendants' further disclosure of documents and relevant depositions of the parties.

o. <u>Trial Estimate:</u>

The parties anticipate a 5 day jury trial.

p. <u>Trial Counsel:</u>

Corey Carter will represent Plaintiff at trial. Jaclyn Smith will represent Defendants.

q. <u>Independent Expert of Master:</u>

The parties do not believe that an Independent Expert of Master will be needed in this case.

r. <u>Schedule Worksheet:</u>

Please See Attached.

s. <u>Other Issues:</u>

Plaintiff's counsel will look into how to make Plaintiff available for trial and file any applicable motions with the court to provide for Plaintiff's appearance.

DATE: <u>June 28, 2019</u>         CARTER LAW

By: ____/s/Corey Carter_____
**Corey Carter, Esq.**
**Attorney for Plaintiff**

DATE: <u>June 28, 2019</u>         VENTURA COUNTY COUNSEL

By: ____/s/Jaclyn Smith_____
**Jaclyn Smith, Esq.**
**Attorney for Defendants**

# JUDGE ANDRE BIROTTE JR.
# SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

| Case No. | | Case Name: | | | |
|---|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Check one: [x] Jury Trial or [ ] Court Trial (**Tuesday** at 8:30 a.m., within 18 months after Complaint filed) Estimated Duration: __5__ Days | | | 6/2/2020 | 6/2/2020 | [ ] Jury Trial [ ] Court Trial _____Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine (**Friday** at 11:00 a.m., at least 17 days before trial) | | | 5/15/2020 | 5/15/2020 | |
| **Event** [1] *Note:* Hearings shall be on Fridays at 10:00 a.m. Other dates can be any day of the week. | | **Weeks Before FPTC** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Last Date to **Hear** Motion to Amend Pleadings/Add Parties *[Friday]* | | | 12/17/2019 | 12/17/2019 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | | 17 | 1/7/2020 | 1/7/2020 | |
| Expert Disclosure (Initial) | | | 11/26/2019 | 11/26/2019 | |
| Expert Disclosure (Rebuttal) | | | 12/17/2019 | 12/17/2019 | |
| Expert Discovery Cut-Off | | 12[2] | 1/7/2020 | 1/7/2020 | |
| Last Date to **Hear** Motions *[Friday]* • Rule 56 Motion due at least 5 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | | 12 | 2/21/2020 | 2/21/2020 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select one:* [x] 1. Magistrate Judge *(with Court approval)* [ ] 2. Court's Mediation Panel [ ] 3. Private Mediation | | 10 | 3/6/2020 | 3/6/2020 | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)** • Motions in Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)* • Declarations containing Direct Testimony, if ordered *(court trial only)* | | 3 | 4/24/2020 | 4/24/2020 | |
| **Trial Filings (second round)** • Oppositions to Motions In Limine • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint/Agreed Proposed Jury Instructions *(jury trial only)* • Disputed Proposed Jury Instructions *(jury trial only)* • Joint Proposed Verdict Forms *(jury trial only)* • Joint Proposed Statement of the Case *(jury trial only)* • Proposed Additional Voir Dire Questions, if any *(jury trial only)* • Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | | 2 | 5/1/2020 | 5/1/2020 | |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. *Class actions and patent and ERISA cases in particular may need to vary from the above.*

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.

7

# PROOF OF SERVICE

I, COREY CARTER, declare:

I am an active member of the State Bar of California, and at the time of service I was over 18 years of age and not a party to this action. My business address is 25152 Springfield Court, Suite 100 Valencia, CA 91355.

On **June 28, 2019**, I served the foregoing document described as **JOINT STATUS REPORT** on the interested parties in this action by:

**BY US MAIL**

[ ]   I deposited in the United States Postal Service at Valencia, California, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed to the person(s) set forth above on **June 28, 2019.**

**BY ELECTRONIC MEANS**

[X]   by electronic means by consent under FRCP 5(b)(2)(E) on **June 28, 2019**, as follows: by filing it with the court's electronic-filing system AND by email.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **June 28, 2019**, at Valencia, California.

　　　　　　　　　　　　　　　　　_____/s/ Corey Carter_____
　　　　　　　　　　　　　　　　　COREY CARTER, Esq.

---

Proof of Service

1